UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22826-CIV-JORDAN

| | |
|---|---|
| VICTORIA GOMEZ and CONTROLADORA DE NEGOCIOS S.A. DE CV, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant | ) ) |

### ORDER OF TRANSFER

This case involves subject matter that is a material part of the subject matter of *Scinia v. Bank of America, N.A.*, Case No. 09-21470-CIV-MGC, *Ramirez de Sterling v. Bank of America, N.A.*, Case No. 09-21490-CIV-MGC, *Sadarangani v. Bank of America, N.A.*, Case No. 09-21001-CIV-MGC, and *Saa v. Bank of America, N.A.*, Case No. 09-22650-CIV-MGC, all pending before Judge Marcia G. Cooke. Therefore, this case is transferred to Judge Cooke, pursuant to Local Rule 3.8 and Section 2.15.00 of the court's Internal Operating Procedures, subject to her consent.

DONE and ORDERED in chambers in Miami, Florida, this 19th day of March, 2010.

_____
Adalberto Jordan
United States District Judge

Transfer of this case is ACCEPTED this 29th day of March, 2010.

_____
Marcia G. Cooke
United States District Judge

Copy to:   All counsel of record
          Judge Cooke