UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22826-CIV-COOKE/BANDSTRA

VICTOR M. GOMEZ, individually,
CONTROLADORA DE NEGOCIOS S.A.
DE C.V., a Mexican Corporation,

        Plaintiffs,

vs.

BANK OF AMERICA, N.A., a foreign corporation,

        Defendant.
_____/

## ORDER ON BANK OF AMERICA'S AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION

**THIS CAUSE** comes before this Honorable Court upon Defendant BANK OF AMERICA, N.A.'S ("Bank of America") Agreed Motion for Extension of Time to File a Response to Plaintiffs' Motion to Compel Discovery Responses to Plaintiffs' Request for Production (D.E. 21) filed on July 27, 2010. The Court, having reviewed the Motion and file, it is hereby

**ORDERED AND ADJUDGED** that:

1. Bank of America's Motion for Extension of Time is **GRANTED**; and

2. Bank of America shall file its response to the Motion to Compel Discovery Responses (D.E. 21) on or prior to August 17, 2010.

**DONE AND ORDERED** in Miami-Dade County, Southern District of Florida this 29th day of July, 2010.

                                              _____
                                              TED E. BANDSTRA
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

## SERVICE LIST

Brian Silverio, Esq.
Silverio & Hall, P.A.
Museum Tower-Penthouse 2850
150 West Flagler Street
Miami, Florida 33130
(via CM/ECF)